Sherwood J. Reese
Sherwood.reese@comcast.net
Drew L. Johnson, P.C.
sherwoodreese@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **CURTIS J. FERNLUND,**<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Commissioner of Social Security Administration,<br><br>　　　　　　Defendant.<br>_____ | Civil No. 6:19-CV-01322-YY<br><br>**ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |

　　　　After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $10,656.50 in attorney fees, out of which Plaintiff's attorney will refund to Plaintiff Equal Access to Justice ("EAJA") fees already received by counsel in the amount of $9,133.63, for a net award herein of $1,522.87 pursuant to 42 U.S.C. §406(b).  Any past-due benefits withheld by the Defendant in anticipation of an order

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -　　　　　1

under 42 U.S.C. §406(b), shall be payable to Plaintiff's counsel, Drew L. Johnson, P.C., less an administrative assessment pursuant to 42 U.S.C. §406(d), and mailed to their office at 1700 Valley River Drive, Suite 100, Eugene, OR 97401, consistent with this order.

IT IS SO ORDERED this 1st day of June, 2022.

_/s/ Youlee Yim You_____
U.S. Magistrate Judge

PRESENTED BY:

By:   /s/ SHERWOOD J. REESE
      Sherwood J. Reese, OSB #144130
      Of Attorneys for Plaintiff